# Court of Appeals
# of the State of Georgia

ATLANTA, __April 22, 2021__

*The Court of Appeals hereby passes the following order:*

### A21A1325. KENYETTA STROUD v. CROSSINGS AT EAGLES LANDING, LLC d/b/a CROSSINGS AT EAGLES LANDING.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Kenyetta Stroud appealed to the state court, which entered a final order and judgment in favor of the plaintiff. Stroud then appealed directly to this Court. We lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Stroud's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Strachan*, 216 Ga. App. at 82.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__04/22/2021_____*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*